**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7050**

———————

RONNIE ODELL DOUGLAS,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION; WARDEN, LSCI
Butner,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-97-172-5-BO-3)

———————

Submitted: March 23, 1999          Decided: May 14, 1999

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

George Alan DuBois, FEDERAL PUBLIC DEFENDER'S OFFICE, Raleigh,
North Carolina, for Appellant. Robert Edward Skiver, Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronnie Odell Douglas appeals from the district court's order denying his petition filed under 28 U.S.C. § 2241 (1994). Upon review, we find that Douglas' challenged sentence has expired. Accordingly, because this appeal no longer demonstrates a case or controversy, we dismiss it as moot. See Spencer v. Kemna, 523 U.S. 1, ___, 118 S. Ct. 978, 983 (1998) ("[T]hroughout the litigation, the plaintiff 'must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision.'"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2